# ELECTRONIC RECORD



*1236·14*
*1237·14*
*1238·14*

| | | |
|---|---|---|
| 05-12-00095-CR | | RESISTING ARREST |
| 05-12-00096-CR | | INDECENT EXPOSURE |
| COA # 05-12-00097-CR | OFFENSE: | POSS OF INHALANT |
| STYLE: NIX, THOMAS LEE | COUNTY: | Collin |
| COA DISPOSITION: AFFIRM | TRIAL COURT: | County Court at Law No 3 |
| DATE: 08/05/2014   Publish: NO | TC CASE #: | 003-82321-10, 00382323-10 & 003-82324-10 |

## IN THE COURT OF CRIMINAL APPEALS

*1236·14*
*1237·14*
*1238·14*

STYLE: NIX, THOMAS LEE v.

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

DISMISSED AS UNTIMELY

DATE: _____11/19/2014_____

JUDGE: _____Per Curiam_____

CCA #: _____

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____   PC: _____

PUBLISH: _____   DNP: _____

-----------------------------

_PRO SE_ PETITION

FOR DISCRETIONARY REVIEW

IS _STRUCK_

DATE _JANUARY 28, 2015_

_Per Curiam_
JUDGE

_PRO SE_ MOTION FOR

REHEARING IN CCA IS: GRANTED — JANUARY 28, 2015

JUDGE: Per Curiam

PRO SE PETITION FOR
DISCRETIONARY REVIEW
IS REFUSED **ELECTRONIC RECORD**
ON 03/04/2015
Per Curiam